IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUALCOMM INCORPORATED,              )
   a Delaware corporation; and      )
QUALCOMM TECHNOLOGIES, INC.,        )
   a Delaware corporation,          )
                               )   C.A. No. _____
             Plaintiffs,              )
                               )
     v.                             )
                               )
ARM LTD.,                          )
   a U.K. corporation,             )
                               )
           Defendant.              )

**[PROPOSED] ORDER**

This ___ day of _____ 2026, Plaintiffs Qualcomm Incorporated and Qualcomm Technologies, Inc. having moved for leave to file the Complaint in this action under seal, and the Court having determined good cause exists for the requested relief,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File the Complaint Under Seal is GRANTED.

                                        _____

                                        United States District Judge