IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>      v.<br><br>ARM HOLDINGS PLC, f/k/a ARM LTD., a U.K. corporation,<br><br>      Defendant. | C.A. No. 24-490-MN |
| QUALCOMM INC., a Delaware corporation, and QUALCOMM TECHNOLOGIES, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>      v.<br><br>ARM LTD., a U.K. corporation,<br><br>      Defendant. | C.A. No. 26-20-MN |

**DEFENDANTS ARM HOLDINGS PLC'S AND ARM LTD.'S NON-OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE**

Dated: January 30, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin M. Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants*
*Arm Holdings plc and Arm Ltd.*

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

Qualcomm kicked off this litigation by filing suit against the wrong party: Arm Holdings plc. ("Arm Holdings"), which Qualcomm erroneously described as "f/k/a Arm Ltd." Arm Holdings told Qualcomm in June 2024 that "Arm Holdings plc … is not formerly known as Arm Ltd." No. 24-490, D.I. 12. In its November 2024 answer, Arm Holdings again told Qualcomm that "Arm denies that Arm Holdings plc was formerly known as Arm Ltd." and further clarified that Arm Ltd. "is a wholly owned subsidiary of Arm Holdings plc." (No. 24-490, D.I. 31 ¶¶ 20, 36)—a fact Arm Holdings made clear in many public filings. Qualcomm ignored Arm Holdings' denial for nearly nine months and served no discovery seeking clarification. But then, in August 2025, Qualcomm sought leave to add Arm Ltd. as a defendant to the 24-490 action. No. 24-490, D.I. 360. The Special Master denied Qualcomm's motion to amend on January 7 because Qualcomm unduly delayed and could not show good cause for its requested amendment. No. 24-490, D.I. 585.

Qualcomm filed a new lawsuit against Arm Ltd. the next day, the 26-020 action. No. 26-020, D.I. 2. As Qualcomm's motion to consolidate concedes, this new suit asserts the same claims and makes virtually identical allegations as the 24-490 case. No. 24-490, D.I. 595 at 3. The only difference is the named defendant. *Id*. Qualcomm then moved to consolidate the two cases. No. 24-490, D.I. 594. In its motion, Qualcomm asked the Court to put the new suit against Arm Ltd. on the same schedule as the first case against Arm Holdings. *Id*. Arm Ltd. would have faced a trial on Qualcomm's newly filed claims in March 2026, two months after Qualcomm filed suit—a schedule that likely would have forced Arm Ltd. to defend itself at trial before Arm Ltd. even answered the complaint and that would have otherwise trampled on Arm Ltd.'s procedural rights. Arm Holdings and Arm Ltd. opposed consolidation based on that unfair and unreasonable timeline and based on Third Circuit precedent that "prohibits" consolidating cases in an attempt to evade the consequences of the denial of a motion to amend. *McKenna v. City of Phila.*, 304 F. App'x 89,

93 (3d Cir. 2008).[1] After Qualcomm filed its motion, the Court moved the trial date in the first case from March to October 2026. 1/22/2026 Minute Entry Regarding Status Conference.

Defendants still dispute much of the substance in Qualcomm's briefing in support of its motion to consolidate. But in light of the new trial date, and mindful of the docket-management concerns the Court expressed at the January 22 status conference, Arm Holdings and Arm Ltd. no longer oppose administratively consolidating these two cases through trial. Defendants reserve all other rights, and by withdrawing their opposition to administratively consolidating these cases, Defendants do not intend to forfeit or waive any other procedural or substantive arguments or defenses in these cases, including with respect to any pending motions, oppositions, and merits defenses. Arm Holdings maintains its opposition to granting Qualcomm leave to add Arm Ltd. as a defendant in the 24-490 action.

---

[1] *See also, e.g., Walton v. Eaton Corp.*, 563 F.2d 66, 71 (3d Cir. 1977); *Rice v. Nathan Rice, Inc.*, 2023 WL 4549979, at *2 (W.D. Pa. July 14, 2023); *Boston Sci. Scimed, Inc. v. Edwards Lifesciences, Corp.*, 2018 WL 6040261, at *2 (D. Del. Nov. 9, 2018); *Averhart v. Commc'ns Workers of Am.*, 2013 WL 3285268, at *1 (D.N.J. June 27, 2013).

3

Dated: January 30, 2026

OF COUNSEL:

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
Kasdin M. Mitchell, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389-5000
glocascio@kirkland.com
jason.wilcox@kirkland.com
kasdin.mitchell@kirkland.com

Jay Emerick
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
jay.emerick@kirkland.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 /s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants
Arm Holdings plc and Arm Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 30, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Isaac B. Zaur
Nora Niedzielski-Eichner
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001
izaur@cgr-law.com
nniedzie@cgr-law.com

Catherine Nyarady
Anna R. Gressel
Jacob A. Braly
Alexander M. Butwin
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
agressel@paulweiss.com
jbraly@paulweiss.com
abutwin@paulweiss.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com
mzappala@dirllp.com
emorgan@dirllp.com

Andrea L. D'Ambra
Susana Medeiros
Kira Latham
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com
susana.medeiros@nortonrosefulbright.com
kira.latham@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants*
*Arm Holdings plc and Arm Ltd.*